**EXHIBIT J**



Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500 / Cleveland, OH 44114-2302 / Tel: 216.241.2838 / Fax: 216.241.3707 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

**PATRICK J. KREBS**
216.706.3867
pkrebs@taftlaw.com

August 20, 2013

**VIA CERTIFIED MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

  Re: <u>Cease and Desist</u>

Dear Mr. Roscoe:

  Please be advised that this firm represents North Coast Media, LLC ("North Coast") in connection with intellectual property matters.  North Coast is the owner of all right, title, and interest to the copyrighted trade publication LP Gas and the content contained therein.  North Coast's other copyrighted trade publications include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit & Quarry, and Portable Plans & Equipment.

  It has come to our attention that That's Great News has been impermissibly using copyrighted work from North Coast's LP Gas trade publication in connection with the sale of plaques that bear identical reproductions of North Coast's copyrighted work. It appears that That's Great News also maintains a website with the domain name www.thatsgreatnews.com, which also contains misappropriated material belonging to North Coast.  A screenshot from that website is attached.

  The purpose of this letter is to inform you that your unauthorized use of North Coast's copyrighted material constitutes copyright infringement in violation of 17 U.S.C. § 501 et. seq. as well as a violation of various other federal and state statutes and common law.  A non-exclusive list of potential remedies available to North Coast to redress this copyright infringement include, but are not limited to: injunctive relief (17 U.S.C. § 502); impounding and disposition of infringing articles (17 U.S.C. § 503); damages and profits (17 U.S.C. § 504); costs and attorney's fees (17 U.S.C. § 505); and criminal prosecution (17 U.S.C. § 506).

72709920.1

Bob Roscoe
That's Great News
August 20, 2013
Page 2

In view of the substantial investment North Coast has made in its copyrighted work, and the likelihood that the public will continue to be confused if your company maintains its deceptive and infringing use of that copyrighted work in any manner, North Coast has no choice but to demand that you undertake the following remedial steps immediately in order to minimize the irreparable harm that North Coast has suffered and continues to suffer as a result of your and your company's infringement of North Coast's federally protected rights:

1. Cease all use of North Coast's copyrighted work in connection with any business operated by you or your company;

2. Deliver up for destruction all documentation, products, etc., which display or refer to North Coast's copyrighted work;

3. Provide all documentation relating to any revenue you or your company has collected related to the misuse of North Coast's copyrighted work.

Please understand that this letter constitutes actual notice to you and your company of your infringement of North Coast's copyrighted material and that North Coast will consider the continued misuse of its copyrighted material by you and your company to constitute further willful infringement of its federally protected rights.

We expect to hear from you within three (3) business days from your receipt of this letter confirming your intent to comply with these demands. Please understand that if you should refuse to comply with the foregoing, we will have no choice but to pursue this matter further by filing a lawsuit in which we will seek the maximum recovery allowed under the law, including injunctive relief, an accounting of your company's profits, treble damages for willful infringement of North Coast's copyrighted work, and costs and attorneys' fees. Please note that given your infringement to date, we have little doubt that our endeavor in that regard would be successful.

Sincerely,

Patrick J. Krebs

PJK/cm

Case: 1:22-cv-01520-SO  Doc #: 1-10  Filed:  08/29/22  4 of 5.  PageID #: 47



Lucinda Acrylic Series- Clear      Laminated Wood Plaque      Lucinda Acrylic Series- Black

Click image to zoom

Share this:          0          0

Hello Eastern Propane,

Your recent press must make you extremely proud. Here is an online preview of what your beautiful custom plaque can look like.

Our professional craftsmen can finish your plaque and have it on its way to you in just a few days, all with a no risk, 30 day money back guarantee.

Simply complete the information below and click Add to Shopping Cart

## Personalize your Plaque

| | | |
|---|---|---|
| Color of Plaque: | ▼ | View samples |
| Border: | ▼ | View samples |
| Personalized Plate - Line 1: | | |
| Personalized Plate - Line 2: | Eastern Propane | |
| Personalized Plate - Line 3: | | |
| Personalized Plate - Line 4: | | |
| Misc/Changes | | |

**$219.00**

1    Add to Cart ▶



Do you have a question?
**Chat with Us Live**

Please provide your reference number "649013407555" to our representative

**Customers who have purchased this item have also purchased:**



YouTube is as Important as Google...
## Is Your Recent News on YouTube?

### Great News Video

Preserve and spread your news with a **video that tells your story**. It's easier and more affordable than you'd expect with our Great News Video service.

Online video viewing has exploded which makes using video to spread your press news effective.

It connects with viewers at an **emotional level** and builds **trust**. Both of which are fundamental to customers spending with your business

Its a simple concept that's easiest understood by **watching this short sample** Great News Video.

Save **$30.00** by purchasing NOW! (regular price is $275.00)
Price: $245.00

Click Here ▶





Lucinda Acrylic Series- Clear        Laminated Wood Plaque        Lucinda Acrylic Series- Black