**EXHIBIT K**



200 Public Square, Suite 3500 / Cleveland, Ohio 44114-2302
Tel: 216.241.2838 / Fax: 216.241.3707
www.taftlaw.com

PATRICK J. KREBS
216.706.3867
pkrebs@taftlaw.com

February 11, 2014

**VIA CERTIFIED MAIL / E-MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

Re: Cease and Desist Agreement

Dear Mr. Roscoe:

This letter will memorialize the agreement that we reached during our telephone call on Thursday, February 6, 2014. By letters dated August 20, 2013 and November 13, 2013, my client, North Coast Media, LLC ("North Coast"), demanded that you and your company, That's Great News ("TGN"), cease and desist from using North Coast's copyrighted work in connection with the sale of plaques that bear identical reproductions of North Coast's copyrighted work. During our telephone call on February 6th, you agreed that you and TGN would cease and desist from doing so and you asked me to cancel all subscriptions that you and TGN currently have with North Coast. Based upon on our records, you and TGN are listed as subscribers to the following North Coast publications: Landscape Management; LP Gas; Pest Management Professional; and Pit & Quarry. We have cancelled each of those subscriptions as you requested.

I trust that this letter accurately reflects our conversation and agreement. Please contact me immediately at 216.706.3867 if that is not the case.

Sincerely,

*Patrick J. Krebs*
Patrick J. Krebs

PJK/cm

72887270.1

Taft Stettinius & Hollister LLP     Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix