**EXHIBIT L**

## Gray, LaTessa

| | |
|---|---|
| **From:** | Robert R. Roscoe  <rroscoe@rroscoe.com> |
| **Sent:** | Thursday, June 5, 2014 12:34 PM |
| **To:** | Krebs, Patrick J. |
| **Subject:** | RE: Cease and Desist |

I am meeting on this issue this afternoon.   My IT dept is working as we speak.

I'll get back to you by the end of the tomorrow with a status

Bob

**Robert R. Roscoe**

Tel: 203-649-4901
Cell: 203-213-7878
Efax: 203-718-2353

---

**From:** Krebs, Patrick J. [mailto:pkrebs@taftlaw.com]
**Sent:** Thursday, June 05, 2014 12:24 PM
**To:** Robert Roscoe
**Subject:** RE: Cease and Desist

Bob -

I was on your website this morning and none of North Coast Media's copyrighted work has been removed.  It has now been almost two months since I brought this issue to your attention, yet the copyrighted material still remains on your website.  While I would like to avoid litigation if possible, you are leaving me with very few options here.  Please get back to me with a firm date by which the material will be removed from your website.

- Pat

---

**From:** Krebs, Patrick J.
**Sent:** Thursday, May 15, 2014 9:17 AM
**To:** Robert Roscoe
**Subject:** RE: Cease and Desist

OK.  I will check back with you in two weeks.  Thanks.

---

**From:** Robert Roscoe [mailto:rroscoe@rroscoe.com]
**Sent:** Wednesday, May 14, 2014 6:06 PM
**To:** Krebs, Patrick J.
**Subject:** Re: Cease and Desist

We have an IT solution that will remove all items within two weeks.

Bob

908 S. Meriden Rd
Cheshire, CT. 06410
Tel: 203-649-4901
Cell: 203-213-7878
rroscoe@rroscoe.com

Sent from my iPhone
(Please excuse any errors)

On May 14, 2014, at 1:51 PM, "Krebs, Patrick J." <pkrebs@taftlaw.com> wrote:

> Bob -
>
> It appears that the references to North Coast Media's copyrighted work have not yet been removed from your company's website.  Please let me know ASAP as to when we can expect that material to be removed.
>
> - Pat
>
> **From:** Krebs, Patrick J.
> **Sent:** Tuesday, April 15, 2014 5:04 PM
> **To:** rroscoe@rroscoe.com
> **Subject:** RE: Cease and Desist
>
> Bob -
>
> This email will confirm our telephone conversation this afternoon where you agreed to take down all references to North Coast Media, LLC's copyrighted work from your company's website www.thatsgreatnews.com.  During our call, I confirmed for you all of North Coast Media's publications, which include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit & Quarry, and Portable Plans & Equipment.  You said that you would have your staff remove from your website all references to North Coast Media's copyrighted material from these publications.  Thank you for your anticipated cooperation, and please send me an email confirming when the material has been removed.
>
> - Pat
>
> **From:** Krebs, Patrick J.
> **Sent:** Thursday, April 10, 2014 4:18 PM
> **To:** rroscoe@rroscoe.com
> **Subject:** RE: Cease and Desist
> **Importance:** High
>
> Bob -
>
> Thank you for your email and for addressing the issue quickly.  Unfortunately, it appears that your company's improper use of North Coast Media, LLC's copyrighted work runs much deeper than I previously understood to be the case.  I recently visited your company's website to review the latest email solicitation that your company sent out concerning the Luff Industries piece in Pit & Quarry.  As I am sure you are aware, your website contains a search function where visitors can search for a plaque.  I used the search function and inserted the names of each of North Coast Media's various publications, which include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit &

2

Quarry, and Portable Plans & Equipment.  When I performed these searches, several pages of hits came back for each publication except Portable Plans & Equipment showing reproductions of North Coast's copyrighted work.  It appears that each of these hits represents a solicitation that your company sent to prospective customers using North Coast Media's copyrighted work.  As we previously discussed, neither you nor your company, That's Great News, has permission from North Coast Media to use its copyrighted work.  As we also previously discussed, the unauthorized use of North Coast Media's copyrighted material constitutes copyright infringement.  Consistent with my August 20, 2013 letter to you, a copy of which is attached for your reference, North Coast Media demands that you and your company cease and desist from using its copyrighted material in any way.  North Coast media also demands that you immediately remove any and all references to North Coast Media's copyrighted work from your company website www.thatsgreatnews.com.  Please confirm receipt of this email and indicate your intention to comply with these demands.  Thank you.

- Patrick Krebs

---

**From:** Robert R. Roscoe [mailto:rroscoe@rroscoe.com]
**Sent:** Tuesday, April 08, 2014 1:58 PM
**To:** Krebs, Patrick J.
**Subject:** RE: Cease and Desist

Patrick

Thanks for your email.   The article that is referred to below is from 12/1/2013 which was in your system prior to the date of our agreement.  I have gone in and marked this lead as LOST and no follow-up contact will be made.

If you have any other questions or concerns please don't hesitate to contact me.

Bob

**Robert R. Roscoe**

Tel: 203-649-4901
Cell: 203-213-7878
Efax: 203-718-2353

---

**From:** Krebs, Patrick J. [mailto:pkrebs@taftlaw.com]
**Sent:** Tuesday, April 08, 2014 1:44 PM
**To:** Robert R. Roscoe
**Subject:** Cease and Desist
**Importance:** High

Bob -

It has come to my attention that your company, That's Great News, continues to solicit business using North Coast Media, LLC's copyrighted work despite the agreement we reached as reflected on the attached letter dated February 11, 2014.  Here is a copy of your company's March 26, 2014 email solicitation to Luff Industries, Ltd., which contains a link to That's Great News' website and an illegal reproduction of North Coast's copyrighted work:

> **From:** "Kelly T. Nolan" <bobbie@thatsgreatnews.com>
> **Date:** March 26, 2014 at 11:06:24 AM MDT

**To:** matthew@luffindustries.com
**Subject: Pit & Quarry Magazine Proof**
**Reply-To:** "bobbie@thatsgreatnews.com"
<campaigns.ACCT141724.19097994.cb5be99943@campaigns.netsuite.com>

Luff Industries Ltd.,

I can send you a plaque of your press below with a free 30 day period - just email me back to confirm.

Let me know your color preference; mahogany & gold, black & silver or Lucinda option. Are you okay with the layout?

Matthew, if you have any questions or need any assistance placing an order I'm happy to help.

Publication: Pit & Quarry Magazine
Date: 12/1/2013
Subject: Leading-Edge Companies
Price: $159 ($20 Add'l for Lucinda Acrylic Series)

Click Here to view your plaque

The plaque is $159 (shipping/handling is 10%) plus I can give you  FREE SHIPPING if you use code KTN10.

Celebrating your great news,


Kelly T. Nolan
Account Manager
That's Great News

888-715-4900


As you know, North Coast has made several attempts to resolve this issue with you and your company amicably and without the need for judicial intervention.  I thought we put this issue to rest with the February 11th letter agreement, but it appears that is not the case.  If you and your company continue to disregard the terms of the February 11th letter agreement and use North Coast's copyrighted work without permission to do so, then North Coast is left with no choice but to pursue legal recourse through the court system.  Please contact me as soon as possible to discuss this matter further and avoid that result.

- Patrick Krebs



# Taft /


**Patrick J. Krebs** / Partner
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio, 44114-2302
Tel: 216.241.2838 • Fax: 216.241.3707
Direct: 216.706.3867 • Cell: 216.224.3467
**www.taftlaw.com** / pkrebs@taftlaw.com

4

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.