**EXHIBIT M**



200 Public Square, Suite 3500 / Cleveland, Ohio 44114-2302
Tel: 216.241.2838 / Fax: 216.241.3707
www.taftlaw.com

PATRICK J. KREBS
216.706.3867
pkrebs@taftlaw.com

May 3, 2019

**VIA CERTIFIED MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

   Re:  Cease and Desist

Dear Mr. Roscoe:

  As you know from our extensive written correspondence, which dates back to the initial August 20, 2013 Cease and Desist letter that I sent to you and your company, this firm represents North Coast Media, LLC ("North Coast") in connection with its intellectual property matters. You also know from that correspondence, as well as our subsequent telephone conversations, that North Coast is the owner of all right, title, and interest to the copyrighted trade publications Golfdom, GPS World, Landscape Management, LP Gas, Pest Management Professional, Pit & Quarry, and Portable Plans & Equipment, and all of the content contained therein. Our communications in 2013 extended well into 2014 and culminated in you and your company agreeing to cease and desist from using North Coast's copyrighted work in connection with the sale of plaques that bear reproductions of North Coast's copyrighted work. In addition, you also agreed to remove all references to North Coast's copyrighted work from your company's website www.thatsgreatnews.com. I have attached a copy of our written correspondence from 2013 and 2014 to this letter at Tab 1 for your reference.

  It has come to my attention that you and your company have violated the terms of the parties' agreement and that you and your company once again have been impermissibly using North Coast's copyrighted work in connection with the sale of plaques that bear reproductions of North Coast's copyrighted work. Attached to this letter at Tab 2 is an email solicitation from your company referencing North Coast's Pit & Quarry trade publication and its copyrighted work. In addition, your company's website once again contains misappropriated material belonging to North Coast. Screenshots from your company's website showing North Coast's misappropriated material is attached to this letter at Tab 3 for your reference.

Bob Roscoe
That's Great News
May 3, 2019
Page 2


I previously advised you that your unauthorized use of North Coast's copyrighted material constitutes copyright infringement in violation of 17 U.S.C. § 501 et. seq. as well as a violation of various other federal and state statutes and common law, and that a non-exclusive list of potential remedies available to North Coast to redress your infringement include, but are not limited to, injunctive relief (17 U.S.C. § 502); impounding and disposition of infringing articles (17 U.S.C. § 503); damages and profits (17 U.S.C. § 504); costs and attorney's fees (17 U.S.C. § 505); and criminal prosecution (17 U.S.C. § 506).  In this regard, I previously provided you with actual notice of your infringement of North Coast's copyrighted material such that the current misuse of North Coast's copyrighted material by you and your company constitutes willful infringement of North Coast's federally protected rights.

Please be advised that this is North Coast's final attempt to resolve this issue with you and your company without Court intervention.  I expect to hear from you within three (3) business days from your receipt of this letter confirming your intent to comply with the agreement that you and your company previously agreed to as outlined above.  If you and your company fail or refuse to comply with the terms that agreement, North Coast will proceed with litigation and will seek the maximum recovery allowed under the law, including injunctive relief, an accounting of your company's profits, treble damages for willful infringement of North Coast's copyrighted work, and recovery of its costs and attorneys' fees.

Sincerely,

Patrick J. Krebs

PJK/ll



Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500 / Cleveland, OH 44114-2302 / Tel: 216.241.2838 / Fax: 216.241.3707 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

PATRICK J. KREBS
216.706.3867
pkrebs@taftlaw.com

August 20, 2013

**VIA CERTIFIED MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

Re: Cease and Desist

Dear Mr. Roscoe:

Please be advised that this firm represents North Coast Media, LLC ("North Coast") in connection with intellectual property matters. North Coast is the owner of all right, title, and interest to the copyrighted trade publication LP Gas and the content contained therein. North Coast's other copyrighted trade publications include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit & Quarry, and Portable Plans & Equipment.

It has come to our attention that That's Great News has been impermissibly using copyrighted work from North Coast's LP Gas trade publication in connection with the sale of plaques that bear identical reproductions of North Coast's copyrighted work. It appears that That's Great News also maintains a website with the domain name www.thatsgreatnews.com, which also contains misappropriated material belonging to North Coast. A screenshot from that website is attached.

The purpose of this letter is to inform you that your unauthorized use of North Coast's copyrighted material constitutes copyright infringement in violation of 17 U.S.C. § 501 et. seq. as well as a violation of various other federal and state statutes and common law. A non-exclusive list of potential remedies available to North Coast to redress this copyright infringement include, but are not limited to: injunctive relief (17 U.S.C. § 502); impounding and disposition of infringing articles (17 U.S.C. § 503); damages and profits (17 U.S.C. § 504); costs and attorney's fees (17 U.S.C. § 505); and criminal prosecution (17 U.S.C. § 506).

72709920.1

TAB 1

Bob Roscoe
That's Great News
August 20, 2013
Page 2


In view of the substantial investment North Coast has made in its copyrighted work, and the likelihood that the public will continue to be confused if your company maintains its deceptive and infringing use of that copyrighted work in any manner, North Coast has no choice but to demand that you undertake the following remedial steps immediately in order to minimize the irreparable harm that North Coast has suffered and continues to suffer as a result of your and your company's infringement of North Coast's federally protected rights:

1.     Cease all use of North Coast's copyrighted work in connection with any business operated by you or your company;

2.     Deliver up for destruction all documentation, products, etc., which display or refer to North Coast's copyrighted work;

3.     Provide all documentation relating to any revenue you or your company has collected related to the misuse of North Coast's copyrighted work.

Please understand that this letter constitutes actual notice to you and your company of your infringement of North Coast's copyrighted material and that North Coast will consider the continued misuse of its copyrighted material by you and your company to constitute further willful infringement of its federally protected rights.

We expect to hear from you within three (3) business days from your receipt of this letter confirming your intent to comply with these demands.  Please understand that if you should refuse to comply with the foregoing, we will have no choice but to pursue this matter further by filing a lawsuit in which we will seek the maximum recovery allowed under the law, including injunctive relief, an accounting of your company's profits, treble damages for willful infringement of North Coast's copyrighted work, and costs and attorneys' fees.  Please note that given your infringement to date, we have little doubt that our endeavor in that regard would be successful.

Sincerely,

Patrick J. Krebs

PJK/cm

Your personalized custom wall plaque

Page 1 of 1



Lucinda Acrylic Series- Clear    Laminated Wood Plaque    Lucinda Acrylic Series- Black

Click image to zoom

Share this:        0        0

Hello Eastern Propane,

Your recent press must make you extremely proud. Here is an online preview of what your beautiful custom plaque can look like.

Our professional craftsmen can finish your plaque and have it on its way to you in just a few days, all with a no risk, 30 day money back guarantee.

Simply complete the information below and click Add to Shopping Cart

### Personalize your Plaque

| | |
|---|---|
| Color of Plaque: |  View samples |
| Border: | View samples |
| Personalized Plate - Line 1: | |
| Personalized Plate - Line 2: | Eastern Propane |
| Personalized Plate - Line 3: | |
| Personalized Plate - Line 4: | |
| Misc/Changes | |

$219.00
1     Add to Cart

Do you have a question?
Chat with Us Live

Please provide your reference number "649013407555" to our representative

Customers who have purchased this item have also purchased:



YouTube is as Important as Google...
Is Your Recent News on YouTube?

**Great News Video**

Preserve and spread your news with a video that tells your story. It's easier and more affordable than you'd expect with our Great News Video service.

Online video viewing has exploded which makes using video to spread your press news effective.

It connects with viewers at an emotional level and builds trust. Both of which are fundamental to customers spending with your business

Its a simple concept that's easiest understood by watching this short sample Great News Video.

Save $30.00 by purchasing NOW! (regular price is $275.00)

Price: $245.00

 Click Here



Lucinda Acrylic Series- Clear      Laminated Wood Plaque      Lucinda Acrylic Series- Black



Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500 / Cleveland, OH 44114-2302 / Tel: 216.241.2838 / Fax: 216.241.3707 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

PATRICK J. KREBS
216.706.3867
pkrebs@taftlaw.com

November 13, 2013

**VIA CERTIFIED MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

   Re: Cease and Desist

Dear Mr. Roscoe:

   North Coast Media, LLC ("North Coast") has reviewed your offer to enter into a licensing or revenue sharing agreement and rejects that offer.  That's Great News' unauthorized use of North Coast's copyrighted work in connection with the sale of plaques that bear identical reproductions of that copyrighted work constitutes copyright infringement, and North Coast demands that you immediately undertake the remedial steps outlined in my August 20, 2013 letter.

   In our conversation and your earlier email correspondence, you referenced the case *Lee v. A.R.T. Co.*, 125 F.3d 580 (7th Cir. 1997), as supportive of your right to use North Coast's protected works.  However, this case is inapplicable for several reasons and, more importantly, other courts disagree with the *Lee* decision and have found that use such as yours is impermissible.  *See Mirage Editions, Inc. v. Albuquerque A.R.T. Co.*, 856 F.2d 1341 (9th Cir. 1988); *Munoz v. Albuquerque A.R.T. Co.*, 38 F.3d 1218 (9th Cir. 1994).  Accordingly, since your use of North Coast's copyrighted work is merely derivative, it is impermissible.

   Therefore, North Coast hereby renews its demand that you immediately do the following: (1) cease all use of North Coast's copyrighted work in connection with any business operated by you or your company; (2) deliver up for destruction all documentation, products, etc., which display or refer to North Coast's copyrighted work; and (3) provide all documentation relating to any revenue you or your company has collected related to the misuse of North Coast's copyrighted work.

72805434.1

Bob Roscoe
That's Great News
November 13, 2013
Page 2


We expect to hear from you within 3 business days from your receipt of this letter confirming your intent to comply with these demands.  Should refuse to comply with the foregoing, we will have no choice but to pursue this matter further through the appropriate legal channels.

Sincerely,

Patrick J. Krebs



200 Public Square, Suite 3500 / Cleveland, Ohio 44114-2302
Tel: 216.241.2838 / Fax: 216.241.3707
www.taftlaw.com

**PATRICK J. KREBS**
216.706.3867
pkrebs@taftlaw.com

February 11, 2014

**VIA CERTIFIED MAIL / E-MAIL**

Bob Roscoe
That's Great News
908 South Meriden Road
Cheshire, CT 06410

Re:   Cease and Desist Agreement

Dear Mr. Roscoe:

This letter will memorialize the agreement that we reached during our telephone call on Thursday, February 6, 2014.  By letters dated August 20, 2013 and November 13, 2013, my client, North Coast Media, LLC ("North Coast"), demanded that you and your company, That's Great News ("TGN"), cease and desist from using North Coast's copyrighted work in connection with the sale of plaques that bear identical reproductions of North Coast's copyrighted work.  During our telephone call on February 6th, you agreed that you and TGN would cease and desist from doing so and you asked me to cancel all subscriptions that you and TGN currently have with North Coast.  Based upon on our records, you and TGN are listed as subscribers to the following North Coast publications: Landscape Management; LP Gas; Pest Management Professional; and Pit & Quarry.  We have cancelled each of those subscriptions as you requested.

I trust that this letter accurately reflects our conversation and agreement.  Please contact me immediately at 216.706.3867 if that is not the case.

Sincerely,

Patrick J. Krebs

PJK/cm

72887270.1

Taft Stettinius & Hollister LLP     Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

**Lauren, Lisa L.**

| | |
|---|---|
| **From:** | Robert Roscoe <rroscoe@rroscoe.com> |
| **Sent:** | Thursday, April 10, 2014 9:16 PM |
| **To:** | Krebs, Patrick J. |
| **Subject:** | Re: Cease and Desist |

I'll look into this and get back to you early next week, hopefully on Monday.

Bob

908 S. Meriden Rd
Cheshire, CT. 06410
Tel: 203-649-4901
Cell: 203-213-7878
rroscoe@rroscoe.com

Sent from my iPhone
(Please excuse any errors)

On Apr 10, 2014, at 4:17 PM, "Krebs, Patrick J." <pkrebs@taftlaw.com> wrote:

> Bob -
>
> Thank you for your email and for addressing the issue quickly.  Unfortunately, it appears that your company's improper use of North Coast Media, LLC's copyrighted work runs much deeper than I previously understood to be the case.  I recently visited your company's website to review the latest email solicitation that your company sent out concerning the Luff Industries piece in Pit & Quarry.  As I am sure you are aware, your website contains a search function where visitors can search for a plaque.  I used the search function and inserted the names of each of North Coast Media's various publications, which include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit & Quarry, and Portable Plans & Equipment.  When I performed these searches, several pages of hits came back for each publication except Portable Plans & Equipment showing reproductions of North Coast's copyrighted work.  It appears that each of these hits represents a solicitation that your company sent to prospective customers using North Coast Media's copyrighted work.  As we previously discussed, neither you nor your company, That's Great News, has permission from North Coast Media to use its copyrighted work.  As we also previously discussed, the unauthorized use of North Coast Media's copyrighted material constitutes copyright infringement.  Consistent with my August 20, 2013 letter to you, a copy of which is attached for your reference, North Coast Media demands that you and your company cease and desist from using its copyrighted material in any way.  North Coast media also demands that you immediately remove any and all references to North Coast Media's copyrighted work from your company website www.thatsgreatnews.com.  Please confirm receipt of this email and indicate your intention to comply with these demands.  Thank you.
>
> - Patrick Krebs

**From:** Robert R. Roscoe [mailto:rroscoe@rroscoe.com]
**Sent:** Tuesday, April 08, 2014 1:58 PM

1

**To:** Krebs, Patrick J.
**Subject:** RE: Cease and Desist

Patrick

Thanks for your email.   The article that is referred to below is from 12/1/2013 which was in your system prior to the date of our agreement.  I have gone in and marked this lead as LOST and no follow-up contact will be made.

If you have any other questions or concerns please don't hesitate to contact me.

Bob

**Robert R. Roscoe**


Tel: 203-649-4901
Cell: 203-213-7878
Efax: 203-718-2353

---

**From:** Krebs, Patrick J. [mailto:pkrebs@taftlaw.com]
**Sent:** Tuesday, April 08, 2014 1:44 PM
**To:** Robert R. Roscoe
**Subject:** Cease and Desist
**Importance:** High

Bob -

It has come to my attention that your company, That's Great News, continues to solicit business using North Coast Media, LLC's copyrighted work despite the agreement we reached as reflected on the attached letter dated February 11, 2014.  Here is a copy of your company's March 26, 2014 email solicitation to Luff Industries, Ltd., which contains a link to That's Great News' website and an illegal reproduction of North Coast's copyrighted work:

> **From:** "Kelly T. Nolan" <bobbie@thatsgreatnews.com>
> **Date:** March 26, 2014 at 11:06:24 AM MDT
> **To:** matthew@luffindustries.com
> **Subject: Pit & Quarry Magazine Proof**
> **Reply-To:** "bobbie@thatsgreatnews.com"
> <campaigns.ACCT141724.19097994.cb5be99943@campaigns.netsuite.com>
>
> Luff Industries Ltd.,
>
> I can send you a plaque of your press below with a free 30 day period - just email me back to confirm.
>
> Let me know your color preference; mahogany & gold, black & silver or Lucinda option. Are you okay with the layout?
>
> Matthew, if you have any questions or need any assistance placing an order I'm happy to help.
>
> Publication: Pit & Quarry Magazine
> Date: 12/1/2013
> Subject: Leading-Edge Companies
> Price: $159 ($20 Add'l for Lucinda Acrylic Series)

2

Click Here to view your plaque

The plaque is $159 (shipping/handling is 10%) plus I can give you  FREE SHIPPING if you use code KTN10.

Celebrating your great news,


Kelly T. Nolan
Account Manager
That's Great News

888-715-4900


As you know, North Coast has made several attempts to resolve this issue with you and your company amicably and without the need for judicial intervention.  I thought we put this issue to rest with the February 11th letter agreement, but it appears that is not the case.  If you and your company continue to disregard the terms of the February 11th letter agreement and use North Coast's copyrighted work without permission to do so, then North Coast is left with no choice but to pursue legal recourse through the court system.  Please contact me as soon as possible to discuss this matter further and avoid that result.

- Patrick Krebs



# Taft /

**Patrick J. Krebs** / Partner
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio, 44114-2302
Tel: 216.241.2838 • Fax: 216.241.3707
Direct: 216.706.3867 • Cell: 216.224.3467
**www.taftlaw.com** / pkrebs@taftlaw.com


Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.


&lt;Cease and Desist Letter.pdf&gt;

**Lauren, Lisa L.**

| | |
|---|---|
| **From:** | Robert R. Roscoe  <rroscoe@rroscoe.com> |
| **Sent:** | Thursday, June 5, 2014 12:34 PM |
| **To:** | Krebs, Patrick J. |
| **Subject:** | RE: Cease and Desist |

I am meeting on this issue this afternoon.   My IT dept is working as we speak.

I'll get back to you by the end of the tomorrow with a status

Bob

**Robert R. Roscoe**

Tel: 203-649-4901
Cell: 203-213-7878
Efax: 203-718-2353

**From:** Krebs, Patrick J. [mailto:pkrebs@taftlaw.com]
**Sent:** Thursday, June 05, 2014 12:24 PM
**To:** Robert Roscoe
**Subject:** RE: Cease and Desist

Bob -

I was on your website this morning and none of North Coast Media's copyrighted work has been removed.  It has now been almost two months since I brought this issue to your attention, yet the copyrighted material still remains on your website.  While I would like to avoid litigation if possible, you are leaving me with very few options here.  Please get back to me with a firm date by which the material will be removed from your website.

- Pat

**From:** Krebs, Patrick J.
**Sent:** Thursday, May 15, 2014 9:17 AM
**To:** Robert Roscoe
**Subject:** RE: Cease and Desist

OK.  I will check back with you in two weeks.  Thanks.

**From:** Robert Roscoe [mailto:rroscoe@rroscoe.com]
**Sent:** Wednesday, May 14, 2014 6:06 PM
**To:** Krebs, Patrick J.
**Subject:** Re: Cease and Desist

We have an IT solution that will remove all items within two weeks.

Bob

1

908 S. Meriden Rd
Cheshire, CT. 06410
Tel: 203-649-4901
Cell: 203-213-7878
rroscoe@rroscoe.com

Sent from my iPhone
(Please excuse any errors)

On May 14, 2014, at 1:51 PM, "Krebs, Patrick J." <pkrebs@taftlaw.com> wrote:

> Bob -
>
> It appears that the references to North Coast Media's copyrighted work have not yet been removed
> from your company's website. Please let me know ASAP as to when we can expect that material to be
> removed.
>
> - Pat

**From:** Krebs, Patrick J.
**Sent:** Tuesday, April 15, 2014 5:04 PM
**To:** rroscoe@rroscoe.com
**Subject:** RE: Cease and Desist

Bob -

This email will confirm our telephone conversation this afternoon where you agreed to take down all
references to North Coast Media, LLC's copyrighted work from your company's website
www.thatsgreatnews.com. During our call, I confirmed for you all of North Coast Media's publications,
which include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit &
Quarry, and Portable Plans & Equipment. You said that you would have your staff remove from your
website all references to North Coast Media's copyrighted material from these publications. Thank you
for your anticipated cooperation, and please send me an email confirming when the material has been
removed.

- Pat

**From:** Krebs, Patrick J.
**Sent:** Thursday, April 10, 2014 4:18 PM
**To:** rroscoe@rroscoe.com
**Subject:** RE: Cease and Desist
**Importance:** High

Bob -

Thank you for your email and for addressing the issue quickly. Unfortunately, it appears that your
company's improper use of North Coast Media, LLC's copyrighted work runs much deeper than I
previously understood to be the case. I recently visited your company's website to review the latest
email solicitation that your company sent out concerning the Luff Industries piece in Pit & Quarry. As I
am sure you are aware, your website contains a search function where visitors can search for a plaque. I
used the search function and inserted the names of each of North Coast Media's various publications,
which include Golfdom, GPS World, Landscape Management, Pest Management Professional, Pit &

2

Quarry, and Portable Plans & Equipment.  When I performed these searches, several pages of hits came back for each publication except Portable Plans & Equipment showing reproductions of North Coast's copyrighted work.  It appears that each of these hits represents a solicitation that your company sent to prospective customers using North Coast Media's copyrighted work.  As we previously discussed, neither you nor your company, That's Great News, has permission from North Coast Media to use its copyrighted work.  As we also previously discussed, the unauthorized use of North Coast Media's copyrighted material constitutes copyright infringement.  Consistent with my August 20, 2013 letter to you, a copy of which is attached for your reference, North Coast Media demands that you and your company cease and desist from using its copyrighted material in any way.  North Coast media also demands that you immediately remove any and all references to North Coast Media's copyrighted work from your company website www.thatsgreatnews.com.  Please confirm receipt of this email and indicate your intention to comply with these demands.  Thank you.

- Patrick Krebs

---

**From:** Robert R. Roscoe [mailto:rroscoe@rroscoe.com]
**Sent:** Tuesday, April 08, 2014 1:58 PM
**To:** Krebs, Patrick J.
**Subject:** RE: Cease and Desist

Patrick

Thanks for your email.   The article that is referred to below is from 12/1/2013 which was in your system prior to the date of our agreement.  I have gone in and marked this lead as LOST and no follow-up contact will be made.

If you have any other questions or concerns please don't hesitate to contact me.

Bob

**Robert R. Roscoe**


Tel: 203-649-4901
Cell: 203-213-7878
Efax: 203-718-2353

---

**From:** Krebs, Patrick J. [mailto:pkrebs@taftlaw.com]
**Sent:** Tuesday, April 08, 2014 1:44 PM
**To:** Robert R. Roscoe
**Subject:** Cease and Desist
**Importance:** High

Bob -

It has come to my attention that your company, That's Great News, continues to solicit business using North Coast Media, LLC's copyrighted work despite the agreement we reached as reflected on the attached letter dated February 11, 2014.  Here is a copy of your company's March 26, 2014 email solicitation to Luff Industries, Ltd., which contains a link to That's Great News' website and an illegal reproduction of North Coast's copyrighted work:

> **From:** "Kelly T. Nolan" <bobbie@thatsgreatnews.com>
> **Date:** March 26, 2014 at 11:06:24 AM MDT

3

**To:** matthew@luffindustries.com
**Subject: Pit & Quarry Magazine Proof**
**Reply-To:** "bobbie@thatsgreatnews.com"
<campaigns.ACCT141724.19097994.cb5be99943@campaigns.netsuite.com>

Luff Industries Ltd.,

I can send you a plaque of your press below with a free 30 day period - just email me back to confirm.

Let me know your color preference; mahogany & gold, black & silver or Lucinda option. Are you okay with the layout?

Matthew, if you have any questions or need any assistance placing an order I'm happy to help.

Publication: Pit & Quarry Magazine
Date: 12/1/2013
Subject: Leading-Edge Companies
Price: $159 ($20 Add'l for Lucinda Acrylic Series)

Click Here to view your plaque

The plaque is $159 (shipping/handling is 10%) plus I can give you  FREE SHIPPING if you use code KTN10.

Celebrating your great news,


Kelly T. Nolan
Account Manager
That's Great News

888-715-4900


As you know, North Coast has made several attempts to resolve this issue with you and your company amicably and without the need for judicial intervention.  I thought we put this issue to rest with the February 11th letter agreement, but it appears that is not the case.  If you and your company continue to disregard the terms of the February 11th letter agreement and use North Coast's copyrighted work without permission to do so, then North Coast is left with no choice but to pursue legal recourse through the court system.  Please contact me as soon as possible to discuss this matter further and avoid that result.

- Patrick Krebs


# Taft /

**Patrick J. Krebs** / Partner
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio, 44114-2302
Tel: 216.241.2838 • Fax: 216.241.3707
Direct: 216.706.3867 • Cell: 216.224.3467
**www.taftlaw.com** / pkrebs@taftlaw.com

4

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

5

**From:** Kelly Nolan <kelly@thatsgreatnews.com>
**Date:** April 24, 2019 at 3:16:46 PM EDT
**To:** Duncan High <dhigh@havercanada.com>
**Subject: Pit & Quarry Magazine proof**

Hello Duncan

I can send you a plaque of your press below with a free 30 day period - just email me back to confirm.

Click here to see your custom plaque. If you're after something special, look at the metal plaque finish.

Are you okay with the layout?

Duncan, if you have any questions or need any assistance placing an order I'm happy to help.

Publication: Pit & Quarry Magazine
Date: Jan 01, 2019
Subject: NEW PLAYER IN PORTABILITY

Our plaques start at $224 (+10% for shipping).

Kind regards,

Kelly Nolan

Account Manager
That's Great News

888-239-5731

PS. All plaques from That's Great News come with our 30 day satisfaction guarantee, a full refund if you don't like the plaque.

UNCONDITIONAL 100% MONEY BACK GUARANTEE ON ALL PLAQUES

A full refund if you don't like the plaque.

TAB 2

4.8 Overall Satisfaction Rating

**Article**
NEW PLAYER IN PORTABILITY
**Featured**
Duncan High, Haver & Boecker
**Published**
Jan 01, 2019
That's Great News is not affiliated with Pit & Quarry Magazine

**View my plaque**

That's Great News, 900 Northrop Rd.– Wallingford, CT 06492. Call Us: 888-239-5731 that's Great News- All Rights Reserved. We'll contact you when we see you featured in a press article. If you don't want an alert when you're featured in the press or our offers
please unsubscribe to avoid us contacting you again. (ID 7027875).
View email online.



Shipping Info    Contact Us    |    Log In    Register    My Account    My Cart  (0)

 Questions?
Chat with us live

Call Us
888-715-4900

Search for your plaque

Home        Order Now        Free Preview        Samples        Company        Inc 500        Inc 5000        Make Payment

## Search Results for "pit %26 Quarry"

 1    2    ❯



Wood

| Approx. Size | *12 x 18 | Alternative color choices available |



Lucinda Premium



Pit & Quarry Magazine, Counter Cards



Pit & Quarry Magazine, Custom Prints



Pit & Quarry Magazine, Top Mega Producers 2008, May 2008



Pit & Quarry Magazine, Desktop Marquee





Lucinda Premium



Wood

HD METAL







LUCINDA PREMIUM CLEAR

Pit & Quarry Magazine 2016 MegaProducers
May2016

1  2  ⊙

Home
Customer Reviews
Company Info

Order Now
Free Preview
Samples/Colors

Blog
Shipping/Return Info
Privacy Statement



♀ 900 Northrop Road PO Box 5021 Wallingford, CT 06492
☐ Call Us: 888-715-4900
📠 Fax: 203-649-4910



Great

© That's Great News - All Rights Reserved



Your Personalized Engraved Name Here

Alternative color choices available

Approx. Size          *28 x 26



LUCINDA PREMIUM CLEAR

Case: 1:22-cv-01520-SO Doc #: 1-13 Filed: 08/29/22 25 of 30. PageID #: 81



Shipping Info   Contact Us   |   Log In   Register   My Account   My Cart  (0)

That'sGreatNews

Questions?
Chat with us live

Call Us
888-715-4900

Search for your plaque

Home     Order Now     Free Preview     Samples     Company     Inc 500     Inc 5000     Make Payment



Wood

Lucinda Premium          HD Metal

| Approx. Size | *14 x 20 | Alternative color choices available |

Click to enlarge

*That's Your Great News on a Plaque*

Personalization plate - you can change this during the order process.

### Chris Keefer
Syngenta Professional Pest Management
March 2017

Prices from  **$169**  **For Lucinda Premium**

**SCROLL DOWN FOR ALL METAL, WOOD & LUCINDA OPTIONS**

No risk, 30 days, no questions asked, money-back guarantee.

Buy Wood $189

You'll receive your plaque in about 10 days.

Need help choosing the right plaque style? Watch our 2 minute video explaining the feature and options for each plaque style.

## Testimonials

*We love our That's Great News plaque. It's a professional and stunning piece and we're proud to hang it in our office!*

**Boomerang Tours, Inc.**

| | **Lucinda Basic** | **Lucinda Premium** (Clear & Black) | **Wood** (Mahogany, Black, Oak, Walnut, White) | **Metal** (Black, Silver, White & Brushed Aluminum) |
|---|---|---|---|---|
| |  |   |  |  |
| | Get Started $139 | Get Started $169 | Get Started $189 | Get Started $209 |
| **Material** | Acrylic | Acrylic | Wood | Aluminium |
| **Thickness** | 1/8" | 1/4" (2X as thick) | 3/4" | 1.25 mm |
| **Guarantee** | 1 Year | Life-time | Life-time | Life-time |

Personalized custom wall plaque for Syngenta Professional Pest Management

| | | | | |
|---|---|---|---|---|
| Color | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White Gloss, Black Gloss & Silver Aluminium Gloss |
| Finish | Scratch Resistant | Scratch Resistant | High Gloss | High gloss & Brushed Silver |
| Mounting Info | Satin Stainless Steel Stand off | Satin Stainless Steel Stand-off | Keyhole Slot | 1/2" Wall Float with keyhole slot on back of plaque |
| Flame Edge | ✖ | ✔ | ✖ | ✖ |
| Optional personalized plate | ✖ | ✔ | ✔ | ✔ |
| | Get Started $139 | Get Started $169 | Get Started $189 | Get Started $209 |

## Not sure on the right style option?

Watch Lanny as he shows you the options and how to pick the right style



Home     Order Now     Blog

Customer Reviews     Free Preview     Shipping/Return Info

Company Info     Samples/Colors     Privacy Statement

f   🐦

📍 900 Northrop Road PO Box 5021 Wallingford, CT 06492

📞 Call Us: 888-715-4900

📠 Fax: 203-649-4910



© That's Great News - All Rights Reserved








Shipping Info   Contact Us  |  Log In   Register   My Account   My Cart (0)

Questions?
**Chat with us live**

Call Us
**888-715-4900**

Search for your plaque

Home    Order Now    Free Preview    Samples    Company    Inc 500    Inc 5000    Make Payment



LUCINDA PREMIUM

Approx. Size  |  *14 x 18  |  Alternative color choices available

Click to enlarge

## That's Your Great News on a Plaque

Personalization plate - you can change this during the order process.

Kevin Citarella
Citarella Termite & Pest Management
December 2017

Prices from **$179** For Lucinda Premium

**SCROLL DOWN FOR ALL METAL, WOOD & LUCINDA OPTIONS**

No risk, 30 days, no questions asked, money-back guarantee.

Buy Wood $199

You'll receive your plaque in about 10 days.

Need help choosing the right plaque style? Watch our 2 minute video explaining the feature and options for each plaque style.

## Testimonials

*We ordered a magazine plaque from That's Great News and loved it! The quality was amazing and it was processed very quickly. It really works as a spotlight to our physician's success.*

**Komal Iqbal, MD**

| | Lucinda Basic | Lucinda Premium (Clear & Black) | Wood (Mahogany, Black, Oak, Walnut, White) | Metal (Black, Silver, White & Brushed Aluminum) |
|---|---|---|---|---|
| |  |  |  | |
| | Get Started $149 | Get Started $179 | Get Started $199 | Get Started $219 |
| **Material** | Acrylic | Acrylic | Wood | Aluminium |
| **Thickness** | 1/8" | 1/4" (2X as thick) | 3/4" | 1.25 mm |
| **Guarantee** | 1 Year | Life-time | Life-time | Life-time |

| Color | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White Gloss, Black Gloss & Silver Aluminium Gloss |
|---|---|---|---|---|
| Finish | Scratch Resistant | Scratch Resistant | High Gloss | High gloss & Brushed Silver |
| Mounting Info | Satin Stainless Steel Stand off | Satin Stainless Steel Stand-off | Keyhole Slot | 1/2" Wall Float with keyhole slot on back of plaque |
| Flame Edge | ✖ | ✔ | ✖ | ✖ |
| Optional personalized plate | ✖ | ✔ | ✔ | ✔ |
| | Get Started $149 | Get Started $179 | Get Started $199 | Get Started $219 |

## Not sure on the right style option?

Watch Lanny as he shows you the options and how to pick the right style



| | | | | |
|---|---|---|---|---|
| Home | Order Now | Blog | f 🐦 | 📍 900 Northrop Road PO Box 5021 Wallingford, CT 06492 |
| Customer Reviews | Free Preview | Shipping/Return Info | | 📞 Call Us: 888-715-4900 |
| Company Info | Samples/Colors | Privacy Statement | | 📠 Fax: 203-649-4910 |


Great

© That's Great News - All Rights Reserved



HD METAL



MAHOGANY



NEW

BLACK
LUCINDA PREMIUM



LUCINDA PREMIUM

Alternative color choices available

Approx. Size  |  *14 x 18  |