**EXHIBIT N**



