**EXHIBIT O**

**Unauthorized Use of June 2020 Issue**



**Unauthorized Use of December 2020 Issue**



**Unauthorized Use of June 2021 Issue**



**Unauthorized Use of August 2021 Issue**



**Unauthorized Use of September 2021 Issue**



**Unauthorized Use of October  2021 Issue**



**Unauthorized Use of December 2021 Issue**



**Unauthorized Use of April 2022 Issue**

